

# United States District Court
### SOUTHERN DISTRICT OF GEORGIA

**J. RANDAL HALL**
CHIEF JUDGE

POST OFFICE BOX 2106
AUGUSTA, GEORGIA 30903
(706) 823-6460

February 1, 2021

Mr. D. Clay Ward
Ward & Spires, LLC
445 Walker Street
Augusta, Georgia 30901

RE: Benjamin I. Holden

Dear Clay:

Enclosed is a copy of a letter I received today from your client, Benjamin Holden.

Sincerely,

J. Randal Hall
Chief U. S. District Judge

✓ Cc: Hon. Susan D. Barrett

Benjamin Isom Holden
1850 Apple Valley Dr. Apt 113
Augusta, GA. 30906
Ph# 706 836-9523

Filing Fee $0

Att.. Honorble ~~Judge~~ B# ~~Flythe~~ J. Randal Hall
Cheif Judge... Augusta, Souther District of
Georgia, United States

Dear Sir, The month of January 2021, I went too the Law office of D. Clay Ward Attorney At Law, 445 Walker St. Augusta, GA. 706 724-2640, for a "FREE" Chapter 13 Bankruptcy Consultation, after Consultation I paid 200.⁰⁰ down, on a 403.⁰⁰ Charge to File the Chapter 13 Bankruptcy, the following ~~week~~ in January 2021, I paid the remander amount of 203.⁰⁰, in which paid the Amount of 403.⁰⁰ - Attorney D. Clay Ward, requested to File Chapter 13 - Come too find out By another Local Bankruptcy Attorney, to File a Chapter 13 Bankruptcy in the Federal Courts, is only 310.⁰⁰ or 315.⁰⁰ and Attorney D. Clay Ward Charge me 88.⁰⁰ to pull a credit report, to see all Creditor I might owe, in which that credit report should have been free, or added to the chapter 13 plan not out of pocket from me, only the Fileing Fee Should have been paid, in which it was, I told Attorney D. Clay Ward, not to File the Chapter 13 Bankruptcy Plan, because I would paid 21,000 into the plan in 60-months, when I only owe about 10,000 to Debtors, and he Refuse too Refund the Fileing Fee, in which hasn't been Filed

1-26-21     Pg-1   of-2.

Benjamin Isom Holden
1850 Apple Valley Dr. Apt 113
Augusta, GA. 30906
Ph# 706 836-9523

Att... Honorble ~~Judge Flythe~~ BH J. Randal Hall
Cheif Judge... Augusta, Souther District of
Georgia, United ~~States~~

Dear Sir, The month of January 2021, I went too the Law office of D. Clay Ward Attorney At Law, 445 Walker St. Augusta, GA. 706 724-2640, for a "FREE" Chapter 13 Bankruptcy Consultation, after Consultation I paid 200.00 down, on a 403.00 Charge to File the Chapter 13 Bankruptcy, the following ~~week~~ in January 2021, I paid the remander amount of 203.00, in which paid the Amount of 403.00 Attorney D. Clay Ward, requested to File Chapter 13, — Come two find out By Another Local Bankruptcy Attorney, to File a Chapter 13 Bankruptcy in the Federal Courts, is only 310.00 or 315.00 and Attorney D. Clay Ward Charge me 88.00 to pull a credit report, to See all Creditor I might owe, in which that Credit report Should have been Free, or added to the chapter 13 plan not out of pocket from me, only the Filling Fee Should have been paid, in which it was, I told Attorney D. Clay Ward, not to File the Chapter 13 Bankruptcy Plan, because I would paid 21,000 into the plan in 60-months, when I only owe about 10,000 to Debtors, and he Refuse two Refund the File-ing Fee, in which hasn't been Filed

Pg-2.

and will not be filed, upon my request by phone, and written letter to Attorney D. Clay Ward, I told Attorney D. Clay Ward I will write the Federal District Court, asking the "Cheif Judge J. Randal Hall, to Look into this matter on getting my refund, own those Chapter 13 Bankruptcy, I stop to proceed with MR. Attorney D. Clay Ward, replied too me, I Don't care who you write, I'm not give you the Fileing Fee refund, Sir my question is how can an Attorney or anyone keep monies thats would have been paid to the Federal Bankruptcy Courts, for Fileing a chapter 13, and it has been Stoped, by my own request, and it has not been filed, I can bring or send you Bank-transaction, were these monies of 403.00 was Drawn from my Peach State Credit union Debit Card, January 2021, From the Listed above Attorney office, in two withdrawls, I don't see any fairness in this situation, thats why SIR you been appointed "Cheif Judge" to bring relief in matters like this.           GoD Bless!

Respectfully yours
Benjamin J. Holder

THE WIDOW SON
MASTER MASON

AUGUSTA GA 309

27 JAN 2021 PM 1 L

Horonable Chief Judge
James Randal Hall
United District Court
Souther District of Georgia
600 James Brown Blvd
Augusta, Ga. 30901

BENJAMIN I HOlDEN
1850 Apple Valley Dr, Apt 113
Augusta, GA. 30906

Important!

CHAMBERS OF
Chief United States District Judge
POST OFFICE BOX 2106
AUGUSTA, GEORGIA 30903

FILED

2021 FEB -2 AM 10: 43

U.S. BANKRUPTCY COURT



FIRST-CLASS MAIL
neopost
02/01/2021
US POSTAGE $000.51⁰
ZIP 30901
041L11253888

Honorable Susan D. Barrett
United States Bankruptcy Judge
Post Office Box 31267
Augusta, GA 30903