**IT IS ORDERED as set forth below:**



**Date: February 10, 2021**

_Susan D. Barrett_

United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Miscellaneous Proceeding |
| | ) | Number 21-00101 |
| Dempsey Clay Ward | ) | |
| | ) | |
| | ) | |

**ORDER TO SHOW CAUSE**

Benjamin Isom Holden ("Mr. Holden") mailed a letter to the Honorable J. Randal Hall, Chief Judge of the Southern District of Georgia and Chief Judge Hall forwarded the matter to this Court. Dckt. No. 1. The letter alleges attorney Dempsey Clay Ward improperly charged Mr. Holden $403.00 for a chapter 13 bankruptcy filing fee and credit report. Dckt. No. 1. Mr. Holden further alleges Mr. Ward improperly refused to refund this $403.00 when Mr. Holden decided not to file the chapter 13 bankruptcy case.

1

The allegations set forth in the letter implicate a violation of the standards of professional conduct of attorneys governed by the Georgia Bar Rules of Professional Conduct and the American Bar Association's Model Rules of Professional Conduct may have occurred and require further evidence and inquiry. Accordingly, IT IS HEREBY ORDERED that Mr. Ward and Mr. Holden shall appear before this Court, with counsel if desired, at the telephonic hearing to be held on:

**February 24, 2021 at 10:00 a.m.**

**Call: 1-888-363-4749**

**Access Code: 7030574**

**Security Code: 4172020**

to show cause why Mr. Ward should not be ordered to refund, all or part of, the $403.00 to Mr. Holden, and/or otherwise sanctioned in connection with the purported conduct.  <u>See</u> S.D. Ga. Local Rule 83.5.  Mr. Ward may file a written response to this show cause on or before February 19, 2021 and shall serve any such response on Mr. Holden at 1850 Apple Valley Dr., Apt 113, Augusta, GA 30906.

**[END OF DOCUMENT]**

AO 72A
(Rev. 8/82)